UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALDINE ARMSTRONG, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 18-cv-5919<br>) |
| VILLAGE OF BELLWOOD, VILLAGE OF BELLWOOD POLICE OFFICERS R. IBARRIENTOS (Star #314), J. ULIN (Star #347), and J. WATTS (Star #321), | ) Judge Thomas M. Durkin<br>)<br>) JURY DEMANDED<br>)<br>) |
| Defendants. | )<br>) |

## AGREED ORDER COMPELLING PRODUCTION OF MEDICAL RECORDS

This matter coming before the Court with Agreement of the parties, each being represented by counsel; plaintiff Geraldine Armstrong by her attorney, Daniel E. Massoglia, and defendants, Village of Bellwood and Village of Bellwood Police Officers R. Ibarrientos, J. Ulin, and J. Watts, by their attorney, ShawnTe Raines, the Court's being otherwise fully advised in the premises, the Court orders as follows:

West Suburban Medical Center is ordered to produce all medical records for Geraldine Armstrong, DOB 10/28/55, from May 31, 2009 to the present within two weeks of receipt of this Order to Shiller Preyar Law Offices, 601 S. California, Chicago, IL 60612.

ENTER: _____

The Honorable Thomas M. Durkin
United States District Judge

DATED: 10/17/2019

Daniel E. Massoglia
Daniel E. Massoglia, Esq.
Illinois Bar No. 6317393
2863 W. Dickens Ave
#2F
Chicago, IL 60647